IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
BENITO GONZALEZ-LUNA and        )
MELISSA HILLIARD, on behalf of  )
themselves and on behalf of     )
their minor son BENITO          )
JUVENTINO GONZALEZ and on       )
behalf of all others similarly  )
situated,                       )
          Plaintiffs            ) Civil Action No. 07-406
                                )
     v.                         )
                                )
JANET SWIHART and THE           )
COMMONWEALTH OF PENNSYLVANIA     )
          Defendants.           )
```

## O R D E R

This 29ᵗʰ day of March, 2007, it is hereby ordered that

"Plaintiffs' Motion for a Temporary Restraining Order and

Preliminary Injunction" is DENIED for plaintiffs' failure to

comply with the requirements of Federal Rule of Civil Procedure

65(b)(2).

BY THE COURT:

_____, J.

cc:   All Counsel of Record