IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENITO GONZALEZ-LUNA and MELISSA HILLIARD, on behalf of themselves and on behalf of their minor son BENITO JUVENTINO GONZALEZ and on behalf of all others similarly situated,<br>       Plaintiffs<br><br>   v.<br><br>JANET SWIHART and THE COMMONWEALTH OF PENNSYLVANIA<br>       Defendants. | Civil Action No. 07-406 |

O R D E R

This 29th day of March, 2007, it is hereby ordered that "Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction" is DENIED for plaintiffs' failure to comply with the requirements of Federal Rule of Civil Procedure 65(b)(2).

BY THE COURT:

_____, J.

cc:   All Counsel of Record